**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MODERN REMODELING, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No. 19-cv-01397-CCB |
| TRIPOD HOLDINGS, LLC, *et al.,* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
DISCOVERY RESPONSES OF DEFENDANTS TRIPOD,
HIGH MARK, STRONG WALL, KIMBALL, DRAB AND BOYLE**

Defendants Tripod Holdings, LLC, High Mark Construction, LLC, Strong Wall Construction, LLC, Patrick Boyle, Robert Michael Kimball and David Drab (collectively, "Defendants"), by their undersigned counsel, hereby oppose Plaintiff's Motion to Compel Discovery Responses of Defendants Tripod, High Mark, Strong Wall, Kimball, Drab and Boyle [Doc. 66] (the "Motion"). The Motion should be denied for the following reasons:

1. To date, the parties have been conducting discovery and attempting to resolve discovery disputes on a relatively cooperative basis. Each side has allowed the other leeway in responding to discovery requests and scheduling depositions in order to accommodate the parties' and their counsel's busy schedules. Indeed, Plaintiff's Motion is the first discovery motion filed in this case.

2. The Motion was filed based solely on Defendants' failure to respond timely to Plaintiff's second set of discovery requests to Defendants. Defendants have now responded to same. Specifically, on November 14, 2019, Defendant David Drab served on

Plaintiff written responses to Plaintiff's Second Set of Interrogatories to him.    On November 20, 2019, Defendants served on Plaintiff written responses to Plaintiff's Second Request for Production of Documents.

3.    Defendants additionally have produced documents responsive to Plaintiff's Second Requests for Production of Documents, including among other things, numerous responsive e-mails and text messages to and from Defendants Patrick Boyle, Robert Michael Kimball and David Drab.  Indeed, Defendants had produced a substantial quantity of e-mail communications responsive to Plaintiff's Second Requests for Production of Documents well before Plaintiff even served those requests on Defendants.

4.    Accordingly, the Motion is now moot and should be denied on that basis. Indeed, undersigned counsel for Defendants and counsel for Plaintiff conducted a meet-and-confer conference call yesterday, November 26, 2019, to discuss specific concerns on both sides regarding the content of the other side's production of e-mails and text messages. Therefore, the parties have moved beyond the basic concern raised in Plaintiff's Motion.

5.    On November 20, 2019, undersigned counsel for Defendants requested that Plaintiff withdraw its Motion in light of Defendants' provision of written responses to Plaintiff's second set of discovery requests.  Counsel for Plaintiff declined to do so, and thus the Motion unfortunately remains pending as of the time of filing of this Opposition.

CONCLUSION

For these reasons, the Court should deny the Motion.

2534639-1

Respectfully submitted,

/s/Mark D. Maneche
Steven A. Allen
Federal Bar No. 00607
sallen@pklaw.com
Mark D. Maneche
Federal Bar No. 23368
mmaneche@pklaw.com
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland  21204
(410) 938-8800

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of November, 2019, a copy of the

foregoing was served via the Court's ECF system on:

Donald E. English, Jr., Esq.
donald.english@jacksonlewis.com
Charles J. Kresslein, Esq.
charles.kresslein@jacksonlewis.com
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209

Tyler J. Nowicki, Esq.
Tnowicki@jwnlaw.com
The Law Offices of John W. Nowicki, P.A.
Bel Air Office
727 North Hickory Avenue
Bel Air, MD 21014

/s/Mark D. Maneche
Mark D. Maneche

2534639-1

3