IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MODERN REMODELING, INC. | * | |
| | * | Civil Action No. CCB-19-1397 |
| v. | * | |
| | * | |
| TRIPOD HOLDINGS, LLC, *et al.* | * | |
| | * | |
| | * | |
| | ***** | |

# ORDER

Now pending is the defendants'/judgment debtors' joint motion to extend the automatic bankruptcy stay to the individual judgment debtors (ECF 497); the motion has been fully briefed.[1] No oral argument is necessary. For the reasons that follow, the motion will be granted.

MRI has obtained a judgment of over $6 million dollars against three corporate defendants and six individual defendants. (ECF 266). One of the corporate defendants, Tripod Holdings LLC, has filed for bankruptcy under Chapter 11 and is subject to an automatic stay. Bankruptcy Judge Harner, after an evidentiary hearing, issued a preliminary injunction order essentially extending the automatic stay to the debtor's subsidiaries (the other corporate defendants) until May 31, 2022. (ECF 507-1). In a thorough and thoughtful opinion, Judge Harner concluded that the protection afforded by the preliminary injunction, which was subject to several conditions, would best preserve the possibility that Tripod could successfully reorganize and confirm a Subchapter V plan of reorganization. This course of action would lessen the likelihood of irreparable harm to the debtor. Given the limited duration of the stay and the additional requirements for transparency, an injunction appropriately balances the equities

---

[1] In reaching its decision, the court does not consider the settlement communications attached to the defendants' motion.

1

and is in the public interest both in regard to business reorganization and the need to enforce valid judgments.

This court finds that the analysis enunciated by Judge Harner applies equally to the motion to extend the stay to the individual debtors, for the same limited period of time (until May 31, 2022) and subject to the four conditions set forth in the defendants' reply (ECF 507 at 4–5, incorporated herein by reference). Entry of this stay will support Judge Harner's injunction and increase the likelihood of a successful reorganization.

Accordingly, the motion is Granted to the extent and on the conditions set forth above. So Ordered this 28th day of April, 2022.

/s/
Catherine C. Blake
United States District Judge