IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MODERN REMODELING, INC., <br><br> v. <br><br> TRIPOD HOLDINGS, LLC, *et al.* | Civil Action No. 1:19-cv-1397-CCB |

## ORDER

For the same reasons as stated in the court's Order (ECF 524) of April 28, 2022, and subject to the conditions set forth in the motion at ¶ 4(a)–(d), the defendants' second motion (ECF 528) to extend the stay until July 22, 2022, is Granted.

So Ordered this 10th day of June, 2022.

_____/s/_____
Catherine C. Blake
United States District Judge