IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MODERN REMODELING, INC.,**<br><br>v.<br><br>**TRIPOD HOLDINGS, LLC,** *et al.,* | Civil Case No. CCB-19-1397 |

### AMENDED NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Judgment Creditor, Modern Remodeling, Inc. ("MRI"), by and through its undersigned attorneys, hereby files this Amended Notice of Partial Satisfaction of Judgment and, in support thereof, states as follows:

1. On November 30, 2021, this Court entered judgment in favor of MRI and against Judgment Debtors, Tripod Holdings, LLC ("Judgment Debtor Tripod"), Strong Wall Construction, LLC, High Mark Construction, LLC (collectively, the "Entities"), Patrick Boyle, Robert M. Kimball, Robert G. Keenan III, Matthew Olesky, and Earl Edwards (collectively, the "Individuals").

2. Subsequently, on March 27, 2022, Judgment Debtor Tripod filed for bankruptcy protection under Subchapter V of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland ("Bankruptcy Court").

3. On October 15, 2022, the United States Bankruptcy Court for the District of Maryland entered an Order confirming Tripod's Second Amended Chapter 11, Subchapter V Plan of Reorganization [Bankr. Dkt. #174] (the "Plan"). As reflected in the Plan, both the Court and the Parties agreed that the Table below sets forth all of the amounts due and owing to MRI and that

Judgment Debtor Tripod agreed to pay the Total of Judgments & Costs owed in full pursuant to the payment schedule set forth in the Plan:

| **Individual Judgment Debtor** | **Individual Judgment** |
|---|---|
| Boyle | $953,703.12 |
| Kimball | $397,651.12 |
| Keenan | $70,626.64 |
| Moran | $29,625.64 |
| Edwards | $5,626.64 |
| Olesky | $5,625.64 |
| **Total Individual** | **$1,462,858.80** |
| **Entities + Individuals Joint & Several** | **$6,103,248.00** |
| **Bill of Costs** | **$43,911.06** |
| **Total of Judgments & Costs** | **$7,610,017.86** |

4. MRI has received payments in the amounts of $30,000.00, $1,000,000.00, $473,389.60, $600,000.00, $69,950.72 and $289,518.48 respectively, for a cumulative total of $2,462,858.80.

5. Accordingly, MRI hereby provides notice that the following individual judgment amounts have been paid in full and marked as "satisfied":

| **Judgment** | **Amount** |
|---|---|
| Boyle | $953,703.12 |
| Kimball | $397,651.12 |
| Keenan | $70,626.64 |
| Moran | $29,625.64 |
| Edwards | $5,626.64 |
| Olesky | $5,625.64 |
| Bill of Costs | $43,911.06 |
| **Total** | **$1,506,769.86** |

6. In addition, the $6,103,248.00 judgment jointly and severally owed by and against Judgment Debtors, Tripod Holdings, LLC, Strong Wall Construction, LLC, High Mark

Construction, LLC, Patrick Boyle, Robert M. Kimball, Robert G. Keenan III, Matthew Olesky, and Earl Edwards has been partially satisfied and reduced by $956,088.94, resulting in a cumulative remaining judgment balance of $5,147,159.06.

7.     Nothing contained herein shall be deemed to release any Judgment Debtor in full. Judgment Debtors, Tripod Holdings, LLC, Strong Wall Construction, LLC, High Mark Construction, LLC, Patrick Boyle, Robert M. Kimball, Robert G. Keenan III, Matthew Olesky, and Earl Edwards remain jointly and several liable and responsible and agree to pay MRI **$5,147,159.06**, the remaining amount of the judgment due and owing.

Dated: February 22, 2023					Respectfully Submitted,


/s/ Michael E. Blumenfeld
Michael E. Blumenfeld (Bar No. 25062)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S. Charles Street | Suite 1600
Baltimore, MD 21201
(443) 392-9400 (Telephone)
(443) 392-9499 (Fax)
michael.blumenfeld@nelsonmullins.com

*Attorneys for Judgment Creditor,*
*Modern Remodeling, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2023 a copy of the foregoing Amended Notice of Partial Satisfaction of Judgment was served on:

Paul Sweeney, Esq.
Tiffany D. Franc, Esq.
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
11825 West Market Place, 2nd Floor
Fulton, Maryland 20759
psweeney@yvslaw.com

Ronald J. Drescher
Drescher & Associates, P.A.
4 Reservior Circle, Suite 107
Baltimore, Maryland 21208
rondrescher@drescherlaw.com

Thomas S. Wintz, Jr.
The Isak Law Firm, LLC
306 North Main Street
Bel Air, Maryland 21014
tom@isaklaw.com

/s/Michael E. Blumenfeld
Michael E. Blumenfeld